**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Onecimo NUNEZ–RODRIGUEZ,**
**Defendant–Appellant.**

**No. 11–10335.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

Christina Marie Cabanillas, Assistant U.S., Tucson, AZ, for Plaintiff–Appellee.

Thomas Frank Jacobs, Law Offices of Thomas Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM **

Onecimo Nunez–Rodriguez appeals his conviction by guilty plea and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Nunez–Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nunez–Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.